# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MAURICIO CALDERON, | ) NO. CV 09-7372 FMC (FMO) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MICHAEL MARTEL, Warden, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 20, 2009

*Florence-Marie Cooper*

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE